# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 1349

VERSUS

JASON JENKINS                                         **MARCH 6, 2023**

---

In Re:    Jason Jenkins, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-22-05306.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The records of the Office of the East Baton
Rouge Parish Clerk of Court reflect that on October 31, 2022,
relator was timely charged by bill of information with the
offenses of manufacture/distribution of a Schedule I and
possession of a Schedule II drug. Therefore, a request for
release under La. Code Crim. P. art. 701(B) is moot.
Additionally, the district court minutes reflect that the matter
was timely set for arraignment on November 21, 2022, in
accordance with La. Code Crim. P. art. 701(C). However, the
matter was continued to allow relator to retain counsel.
Therefore, this claim lacks merit.

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT